UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DANTE CRIDDLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:19 CV 79 RWS |
| | ) | |
| JASON LEWIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORNADUM AND ORDER**

On June 11, 2019, the Court on its own motion appointed plaintiff one of the most experienced, competent, and well-respected members of this bar to provide him, *pro bono*, an initial consultation about his case. Plaintiff responded to his good fortune by filing a baseless motion to appoint new counsel based upon hearsay allegations about counsel from another inmate in an unrelated case. Plaintiff's motion contains improper and impertinent allegations and materials that have no bearing on this case. For this reason, the Court will deny plaintiff's motion and order it stricken from the record. In light of plaintiff's scurrilous remarks, the Court concludes that counsel should be relieved of his limited appointment of plaintiff. Plaintiff remains *pro se* in this lawsuit.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of new counsel [18] is denied, and the motion is stricken from the case.

**IT IS FURTHER ORDERED** that Joseph C. Blanton, Jr., 219 S. Kingshighway, P.O. Box 805, Sikeston, MO 63801-0805 is relieved of his limited appointment of plaintiff, effective immediately.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of July, 2019.