# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| DANTE CRIDDLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-00079-RWS |
| JASON LEWIS, et al., | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on a letter sent to the Court by plaintiff Dante Criddle that has been construed as a motion to appoint counsel. The motion will be denied at this time.

On June 11, 2019, on its own motion, the Court appointed an attorney to represent plaintiff for the limited purpose of providing him an initial consultation and, if appropriate, drafting an amended complaint. (Docket No. 14). On June 28, 2019, a limited scope attorney entered his appearance on plaintiff's behalf.

In response, plaintiff filed a motion asking for appointment of new counsel. The motion contained improper allegations based entirely on hearsay from another inmate in an unrelated case. The Court denied plaintiff's motion for appointment of new counsel. (Docket No. 19). Furthermore, the Court struck plaintiff's motion from the record and relieved the attorney that had been appointed. In doing so, the Court noted that the attorney who had been appointed to represent plaintiff on a limited basis was an experienced, competent, and well-respected member of the bar. The Court's order indicated that plaintiff would proceed pro se.

Plaintiff does not have a constitutional or statutory right to the appointment of counsel in a civil case. *See Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013). Nonetheless, the Court gave

plaintiff the opportunity to consult with an attorney. Plaintiff replied to the Court's appointment of counsel by filing a motion that impugned his attorney's reputation with unfounded secondhand remarks. At that point, the Court relieved appointed counsel and noted that plaintiff would proceed without a lawyer. The instant motion to appoint counsel does not provide any information that would cause the Court to revisit that earlier ruling.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel (Docket No. 21) is **DENIED** at this time.

Dated this 19th day of July, 2019.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE