UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DANTE CRIDDLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:19 CV 79 RWS |
| | ) |
| JASON LEWIS, et al., | ) |
| | ) |
| Defendants. | ) |

# **MEMORANDUM AND ORDER**

This matter is before the Court on defendant's motion for summary judgment. In her motion, defendant argues that plaintiff's claims should be dismissed for failure to exhaust administrative remedies. Although defendant alleges that plaintiff neither "submitted nor exhausted" any grievance regarding defendant's medical care on the date in question, she acknowledges that plaintiff has a pending grievance being reviewed by medical (IRR-SECC-19-567). Defendant fails to attach this pending grievance to her motion or inform the Court of the nature of the grievance. Accordingly, the Court will order defendant to supplement her motion by filing with the Court a copy of the grievance and an accompanying affidavit. Although plaintiff failed to timely oppose summary judgment, the Court will grant plaintiff an extension of time to file an opposition to summary judgment. If plaintiff fails to file a timely opposition, then the Court will

rule on defendant's motion as unopposed. To avoid this result, plaintiff needs to comply with this Court's Orders and the Federal and Local Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that defendant shall supplement her motion for summary judgment as set out above by no later than **November 15, 2019**.

**IT IS FURTHER ORDERED** that plaintiff shall file his opposition to summary judgment by **December 16, 2019**.

                                                    RODNEY W. SIPPEL
                                                  UNITED STATES DISTRICT JUDGE

Dated this 28th day of October, 2019.