UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DANTE CRIDDLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:19 CV 79 RWS |
| | ) | |
| JASON LEWIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendants' response to the Order to Show Cause. (Doc. 43). In it, defendants claim that they did not produce plaintiff's medical records to him because he had not executed the HIPPA release form. A HIPPA release executed by plaintiff on July 30, 2019 appears as Exhibit A to Document 26 in the Court file. It appears that plaintiff believes this HIPPA release was sufficient to release his records for this case. However, the Court notes that the release directs that his records be released to an attorney, not plaintiff. Plaintiff is not represented by counsel in this matter, so he should execute second HIPPA release form provided with defendants' supplemental disclosures, so that the records will be produced to him directly.

Accordingly,

**IT IS HEREBY ORDERED** that the Court's November 8, 2019 Order to Show Cause is deemed satisfied, and no sanctions will issue.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of November, 2019.