UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DANTE CRIDDLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:19 CV 79 RWS |
| ) | |
| JASON LEWIS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Defendants having stated that the entirety of the alleged video incident has been produced to the plaintiff and that all relevant written policies have now been produced, the Show Cause Order will be deemed satisfied. The Court cannot compel defendants to produce a video that does not exist. What evidentiary impact the existence (or non-existence) of the video recording may have at trial is not before me at this time, but the Court must accept counsel's statement made as an officer of the Court that all relevant video recordings of the incident at issue in this case have been produced.

Accordingly,

**IT IS HEREBY ORDERED** that **the Show Cause Order issued on January 8, 2020 is deemed satisfied and no sanctions will issue.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 15th day of January, 2020.