UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DANTE CRIDDLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:19 CV 79 RWS |
| | ) | |
| JASON LEWIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

As plaintiff's motion states that he did not send discovery requests to defendants until February 26, 2020, which is after the discovery completion deadline in this case had passed, defendants were under no obligation to provide responses.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [82] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of April, 2020.