**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DANTE CRIDDLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:19-cv-00079-MTS |
| | ) |
| JASON LEWIS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's *pro se* Motion in which he seeks to receive an entire copy of the file in this case. Doc. [130]. Because Plaintiff is represented in this matter, see Doc. [114], the Court will not accept *pro se* motions from Plaintiff. *See, e.g.*, *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001); *McCaw v. United States*, No. 4:05-cv-114-CEJ, 2011 WL 720047, at *4 (E.D. Mo. Feb. 22, 2011); *United States v. Williams*, No. 407-cr-0739-AGF, 2008 WL 11417373, at *1 (E.D. Mo. Aug. 19, 2008).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's *pro se* Motion, Doc. [130], is **DENIED**.

Dated this 5th day of November, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE